No. 75–6925.  HAWKINS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 75–6926.  CISTERNAS-ESTAY ET UX. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 75–6928.  McCOLGIN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–6929.  GARDINER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–6930.  MACKIE v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 75–6934.  MEAGHER, AKA MAYHER v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 75–6935.  DIXON v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 75–6936.  DANTE v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 75–6937.  PEREZ v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 75–6938.  BLACKFORD v. NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 75–6941.  WHITE v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–6942.  MITCHELL ET UX. v. VILLAGER INDUSTRIES, INC.  Sup. Ct. Del.  Certiorari denied.